UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW L. MERCADO,

                Plaintiff,

-against-

DETECTIVE J. KITSOS #JK084; ORANGE COUNTY SHERIFF DEPT; ORANGE COUNTY LAW DEPT,

                Defendants.

22-CV-1529 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 22, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 22, 2022
           New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge